UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

ROBERT ANTHONY ARTHUR            CASE NO.: 17-17829-RAM
*aka* ROBERT A. ARTHUR            CHAPTER: 7
*and* KALAIVANI ARTHUR

    DEBTOR(S).
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of May, 2018, I served a copy of the Order Granting *In Rem* Relief from Automatic Stay [DE#84] filed by **The Bank of New York Mellon F/K/A the Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Through Certificates Series 2006-AR6** on the parties listed below.

                        Ella Roberts, Esq.
                        Albertelli Law
                        Attorney for Secured Creditor
                        PO Box 23028
                        Tampa, FL 33623
                        Telephone: (813) 221-4743 ext.1611
                        Facsimile: (813) 221-9171
                        Bkfl@albertellilaw.com
                        eroberts@albertellilaw.com

                        By: /s/ Ella Roberts
                        Ella Roberts, Esq.
                        Florida Bar No.: 75943

**SERVICE LIST**

Robert Anthony Arthur
18800 NE 29 Ave, Unit E906
Aventura, FL 33180

Kalaivani Arthur
18800 NE 29 Ave, Unit E906
Aventura, FL 33180

Manny Singh, Esq
6610 North University Drive
Suite 220
Fort Lauderdale, FL 33321

*Trustee*
Joel L T abas
25 SE 2nd Avenue
Suite 248
Miami, FL 33131

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130