```
                          United States Bankruptcy Court
                           Southern District of Florida
In re:                                                       Case No. 17-17829-RAM
Robert Anthony Arthur                                        Chapter 7
Kalaivani Arthur
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 113C-1          User: snipesj              Page 1 of 2              Date Rcvd: Dec 07, 2018
                              Form ID: 318               Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db/jdb         +Robert Anthony Arthur,    Kalaivani Arthur,    18800 NE 29 Ave, Unit E906,
                 Aventura, FL 33180-2822
tr             +Joel L Tabas,    25 SE 2nd Avenue,    Suite 248,    Miami, FL 33131-1508
cr             +GILLES ROMAIN,    c/o Steve Polatnick,    10691 Kendall Drive Suite 101,    Miami, FL 33176-1596
cr             +LICINIA CADAVID,    c/o Steve Polatnick,    10691 Kendall Drive Suite 101,    Miami, FL 33176-1596
cr              TD Auto Finance LLC,    c/o Bert Echols, Esq,    1000 Ridgeway Loop Rd  #200,
                 Memphis, TN 38120-4036
cr             +The Bank of New York Mellon f/k/a The Bank of New,     Shapiro, Fishman & Gache, LLP,
                 c/o Steven G. Powrozek,    4630 Woodland Corporate Blvd.,    Suite 100,    Tampa, FL 33614-2429
94090393       +American Express Bank,    c/o Modlin & Associates,    1551 Sawgrass Corp Pkwy #110,
                 Sunrise, FL 33323-2832
94090394       +Arthritis and Rheumatic Disease Spec,    Credit Counsel, Inc,    1400 NE Miami Gardens Dr #216,
                 Miami, FL 33179-4844
94090395        Arthritis and Rheumatic Disease Spec,    POB 630787,    Miami, FL 33163-0787
94090396       #Aventura Heart Center LLC,    2845 Aventura Blvd, Ste 249,    Aventura, FL 33180-3120
94090397       +Bernstein & Mesa,    21110 Biscayne Blvd, Ste 405,    Aventura, FL 33180-1252
94090398        Bernstein MD, Stuart,    American Health Associ,    15712 SW 41 St, Ste 16,
                 Davie, FL 33331-1538
94090399       +Boca Radiology Group,    Collection Information Bureau, Inc,    POB 1467,
                 Lake Worth, FL 33460-1467
94090401       +Chase Bank,    Midland Credit Management Inc,    2365 Northside Dr, Ste 300,
                 San Diego, CA 92108-2709
94090402       +Chase Bank USA, NA,    Midland Credit Management,    POB 939069,    San Diego, CA 92193-9069
94090403        Citibank,    POB 790046,    Saint Louis, MO 63179-0046
94090404       +Coosemans Miami, Inc,    c/o Humberto Rubio, Jr Esq,    Law Firm of Rubio & Associates, PA,
                 8950 SW 74 Ct, Ste 1804, Town Centr 1,    Miami, FL 33156-3177
94090405       +First Premier Bank,    6701 W 41 St,    Sioux Falls, SD 57106-1290
94090406       +Florida Veg Investments, LLC,    7350 NW 30 Ave,    Miami, FL 33147-5902
94090408       +H&R Produce Distributors, Inc,    1221 NW 22 St, Unit 1-4,    Miami, FL 33142-7737
94090407       +H&R Produce Distributors, Inc,    c/o Jorge M Abril, PA,    1200 Brickell Ave, PH 2000,
                 Miami, FL 33131-3257
94090411        JPMorgan Chase,    POB 1423,    Charlotte, NC 28201-1423
94090413       +Licinia Cadavid,    c/o Steve Polatnick Law Offices,    10691 Kendall Dr, Ste 101,
                 Miami, FL 33176-1596
94090414       +Mac Edwards Produce & Company, Inc,    c/o Perlman, Bajandas, Yevoli & Albright,
                 283 Catalonia Ave, Ste 200,    Coral Gables, FL 33134-6714
94090416       +Mount Sinai Medical Center,    POB 403429,    Miami Beach, FL 33140-1429
94090417       +Mr Greens Produce,    7350 NW 30 Ave,    Miami, FL 33147-5902
94090418       +Nationstar Mortgage,    POB 619094,    Dallas, TX 75261-9094
94090420       +Nickey Gregory Company Miami, LLC,    c/o Furr & Cohen, PA,    2255 Glades Rd, Ste 337W,
                 Boca Raton, FL 33431-7379
94090419       +Nickey Gregory Company Miami, LLC,    c/o McCarron & Diess,    4530 Wisconsin Ave NW, Ste 301,
                 Washington, DC 20016-4667
94090421       +Republic Bank & Trust Co,    NCB Management Services,    POB 1099,    Langhorne, PA 19047-6099
94090422       #+So Fresh Wholesale Corp,    c/o Furr and Cohen, PA,    One Boca Place,    2255 Glades Rd, Ste 337W,
                 Boca Raton, FL 33431-7379
94090423       +SoFresh,    1378 NW 22 St,    Miami, FL 33142-7740
94090424        St Lucie Anesthesia Assoc,    Dept 991,    POB 850001,    Orlando, FL 32885-0001
94090425        TD Auto Finance,    POB 16035,    Lewiston, ME 04243-9517
94090426        Venture at Aventura East Condo Assoc,    c/o AR Department,    4770 Biscayne Blvd, Ste 700,
                 Miami, FL 33137-3244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FJLTABAS Dec 08 2018 06:38:00      Joel L Tabas,    25 SE 2nd Avenue,    Suite 248,
                 Miami, FL 33131-1508
smg             EDI: FLDEPREV.COM Dec 08 2018 06:38:00      Florida Department of Revenue,    POB 6668,
                 Tallahassee, FL  32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 08 2018 02:35:26      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
cr             +EDI: FMPBARMAT.COM Dec 08 2018 06:38:00      So Fresh Wholesale Corp & Nickey Gregory Company M,
                 c/o Marc Barmat,    2255 Glades Rd #337W,    Boca Raton, FL 33431-7379
94090391       +EDI: GMACFS.COM Dec 08 2018 06:38:00      Ally Financial,    POB 380901,
                 Minneapolis, MN 55438-0901
94090392       +EDI: AMEREXPR.COM Dec 08 2018 06:38:00      American Express,    POB 650448,
                 Dallas, TX 75265-0448
94090400        EDI: CAPITALONE.COM Dec 08 2018 06:38:00      Capital One Bank,    POB 30287,
                 Salt Lake City, UT 84130-0287
94090409        E-mail/Text: pgt@rawlingsandassociates.com Dec 08 2018 02:37:27      Humana,
                 c/o Rawlings Financial Services, LLC,    POB 2020,    La Grange, KY 40031-2020
94090410        EDI: IRS.COM Dec 08 2018 06:39:00      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
94090412        EDI: TFSR.COM Dec 08 2018 06:38:00      Lexus Financial Services,    POB 4102,
                 Carol Stream, IL 60197-4102
```

```
District/off: 113C-1          User: snipesj           Page 2 of 2           Date Rcvd: Dec 07, 2018
                              Form ID: 318            Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
94090415        EDI: MERRICKBANK.COM Dec 08 2018 06:38:00      Merrick Bank,   POB 660702,
                 Dallas, TX 75266-0702
94378791        EDI: BL-TOYOTA.COM Dec 08 2018 06:38:00    Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
                                                                                            TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern, PA 19355-0701
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:
```
          Bertis A Echols    on behalf of Creditor    TD Auto Finance LLC bechols@evanspetree.com,
           sbruce@evanspetree.com
          Ella K Roberts    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
           as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
           Investments II Trust 2006-AR6 Mortgage Pass-Throu bkfl@albertellilaw.com,  anhsalaw@infoex.com
          Jeffrey S Fraser    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
           as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
           Investments II Trust 2006-AR6 Mortgage Pass-Throu bkfl@albertellilaw.com,  anhsalaw@infoex.com
          Joel L Tabas     JLT@tfsmlaw.com,
           kborrego@tabassoloff.com;jcepero@tabassoloff.com;lshortino@tabassoloff.com;jlt@trustesolutions.net
          Joel L Tabas, Esq   on behalf of Trustee Joel L Tabas jtabas@tabassoloff.com,
           jcepero@tabassoloff.com;kborrego@tabassoloff.com
          Manny  Singh, Esq   on behalf of Debtor Robert Anthony Arthur msingh4law@aol.com,
           bankruptcymsingh@aol.com,giselle@mannysingh.com
          Manny  Singh, Esq   on behalf of Joint Debtor Kalaivani  Arthur msingh4law@aol.com,
           bankruptcymsingh@aol.com,giselle@mannysingh.com
          Marc P Barmat    on behalf of Plaintiff    Nickey Gregory Company Miami, LLC mbarmat@furrcohen.com,
           rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;barmatmr84158@notify.bestcase.com
          Marc P Barmat    on behalf of Plaintiff    So Fresh Wholesale Corp. mbarmat@furrcohen.com,
           rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;barmatmr84158@notify.bestcase.com
          Marc P Barmat    on behalf of Creditor    So Fresh Wholesale Corp & Nickey Gregory Company Miami
           LLC mbarmat@furrcohen.com,
           rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;barmatmr84158@notify.bestcase.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Peter D Spindel    on behalf of Plaintiff    Coosemans Miami, Inc. A Florida Corporation
           peterspindel@gmail.com,  peterspindelcmecf@gmail.com
          Robert F. Reynolds    on behalf of Defendant Robert Anthony Arthur rreynolds@slatkinreynolds.com,
           imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com
          Robert F. Reynolds    on behalf of Defendant Kalaivani  Arthur rreynolds@slatkinreynolds.com,
           imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com
          Stephen J Polatnick    on behalf of Creditor LICINIA  CADAVID spolatnick@bellsouth.net
          Stephen J Polatnick    on behalf of Creditor GILLES  ROMAIN spolatnick@bellsouth.net
          Steven G. Powrozek, Esq.    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
           New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset
           Mortgage Investments II Trust 2006-AR6 Mortgage Pass-Throu spowrozek@logs.com,
           electronicbankruptcynotices@logs.com
                                                                                            TOTAL: 17
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert Anthony Arthur** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−5236** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Kalaivani Arthur** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−2883** <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Florida** | | |
| Case number:   **17−17829−RAM** | | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Robert Anthony Arthur**
aka Robert A Arthur

**Kalaivani Arthur**

December 7, 2018

**By the court:** _[signature]_

**Robert A Mark**
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**