UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 17-17829-BKC-RAM
Chapter 7

**ROBERT ANTHONY ARTHUR**
SSN: XXX-XX-5236
**KALAIVANI ARTHUR**
SSN: XXX-XX-2883

_____Debtors._____/

## REPORT OF SALE

**NOTICE IS GIVEN THAT** on or about December 21, 2018, the sale of the Estate's interest in the following described items were sold for a total of $20,000.00, to the Debtors, Robert Anthony Arthur and Kalaivani Arthur.  The sale was completed pursuant to the Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtors' Non-Exempt Assets [ECF 106], dated December 20, 2018:

- Cash
- Financial Accounts
- Household Goods
- 2012 Kia Soul
- Fraudulent transfer

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on March 5, 2019, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to all interested parties on the attached service list.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Chapter 7 Trustee
25 SE 2nd Avenue, Suite 248
Miami, Florida 33132
Telephone:    (305) 375-8171
Telefax:        (305) 381-7708
JTabas@tabassoloff.com

17-17829-RAM
So Fresh Wholesale Corp &
Nickey Gregory Com
c/o Marc Barmat
2255 Glades Rd #337W
Boca Raton, FL 33431-7379

17-17829-RAM
TD Auto Finance LLC
c/o Bert Echols, Esq
1000 Ridgeway Loop Rd  #200
Memphis, TN 38120-4036

17-17829-RAM
The Bank of New York Mellon Shapiro,
Fishman & Gache, LLP
c/o Steven G. Powrozek
4630 Woodland Corporate Blvd., Suite 100
Tampa, FL 33614-2429

17-17829-RAM
Ally Financial
POB 380901
Minneapolis, MN 55438-0901

17-17829-RAM
American Express
POB 650448
Dallas, TX 75265-0448

17-17829-RAM
American Express Bank
c/o Modlin & Associates
1551 Sawgrass Corp Pkwy #110
Sunrise, FL 33323-2832

17-17829-RAM
Arthritis and Rheumatic Disease Spec
Credit Counsel, Inc
1400 NE Miami Gardens Dr #216
Miami, FL 33179-4844

17-17829-RAM
Arthritis and Rheumatic Disease Spec
POB 630787
Miami, FL 33163-0787

17-17829-RAM
Aventura Heart Center LLC
2845 Aventura Blvd, Ste 249
Aventura, FL 33180-3120

17-17829-RAM
Bernstein & Mesa
21110 Biscayne Blvd, Ste 405
Aventura, FL 33180-1252

17-17829-RAM
Bernstein MD, Stuart
American Health Associates
15712 SW 41 St, Ste 16
Davie, FL 33331-1538

17-17829-RAM
Boca Radiology Group
Collection Information Bureau, Inc
POB 1467
Lake Worth, FL 33460-1467

17-17829-RAM
Capital One Bank
POB 30287
Salt Lake City, UT 84130-0287

17-17829-RAM
Chase Bank
Midland Credit Management Inc
2365 Northside Dr, Ste 300
San Diego, CA 92108-2709

17-17829-RAM
Chase Bank USA, NA
Midland Credit Management
POB 939069
San Diego, CA 92193-9069

17-17829-RAM
Citibank
POB 790046
Saint Louis, MO 63179-0046

17-17829-RAM
Coosemans Miami, Inc
c/o Humberto Rubio, Jr Esq
Law Firm of Rubio & Associates, PA
8950 SW 74 Ct, Ste 1804, Town Center 1
Miami, FL 33156-3177

17-17829-RAM
First Premier Bank
6701 W 41 St
Sioux Falls, SD 57106-1290

17-17829-RAM
Florida Veg Investments, LLC
7350 NW 30 Ave
Miami, FL 33147-5902

17-17829-RAM
H&R Produce Distributors, Inc
1221 NW 22 St, Unit 1-4
Miami, FL 33142-7737

17-17829-RAM
H&R Produce Distributors, Inc
c/o Jorge M. Abril, PA
1200 Brickell Ave, PH 2000
Miami, FL 33131-3257

17-17829-RAM
Humana
c/o Rawlings Financial Services, LLC
POB 2020
La Grange, KY 40031-2020

17-17829-RAM
Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

17-17829-RAM
JPMorgan Chase
POB 1423
Charlotte, NC 28201-1423

17-17829-RAM
Lexus Financial Services
POB 4102
Carol Stream, IL 60197-4102

17-17829-RAM
Licinia Cadavid
c/o Steve Polatnick Law Offices
10691 Kendall Dr, Ste 101
Miami, FL 33176-1596

17-17829-RAM
Mac Edwards Produce & Company, Inc
c/o Perlman, Bajandas, Yevoli & Albright
283 Catalonia Ave, Ste 200
Coral Gables, FL 33134-6714

17-17829-RAM
Merrick Bank
POB 660702
Dallas, TX 75266-0702

17-17829-RAM
Mount Sinai Medical Center
POB 403429
Miami Beach, FL 33140-1429

17-17829-RAM
Mr Greens Produce
7350 NW 30 Ave
Miami, FL 33147-5902

| | | |
|---|---|---|
| 17-17829-RAM<br>Nationstar Mortgage<br>POB 619094<br>Dallas, TX 75261-9094 | 17-17829-RAM<br>Nickey Gregory Company Miami, LLC<br>c/o Furr & Cohen, PA<br>2255 Glades Rd, Ste 337W<br>Boca Raton, FL 33431-7379 | 17-17829-RAM<br>Nickey Gregory Company Miami, LLC<br>c/o McCarron & Diess<br>4530 Wisconsin Ave NW, Ste 301<br>Washington, DC 20016-4667 |
| 17-17829-RAM<br>Republic Bank & Trust Co<br>NCB Management Services<br>POB 1099<br>Langhorne, PA 19047-6099 | 17-17829-RAM<br>So Fresh Wholesale Corp<br>c/o Furr and Cohen, PA<br>One Boca Place<br>2255 Glades Rd, Ste 337W<br>Boca Raton, FL 33431-7379 | 17-17829-RAM<br>SoFresh<br>1450 SW 6th CT.<br>Pompano Beach Fl 33069-4531 |
| 17-17829-RAM<br>St Lucie Anesthesia Assoc<br>Dept 991<br>POB 850001<br>Orlando, FL 32885-0001 | 17-17829-RAM<br>TD Auto Finance<br>POB 16035<br>Lewiston, ME 04243-9517 | 17-17829-RAM<br>Venture at Aventura East Condo Assoc<br>c/o AR Department<br>4770 Biscayne Blvd, Ste 700<br>Miami, FL 33137-3244 |
| 17-17829-RAM<br>GILLES ROMAIN<br>c/o Steve Polatnick<br>10691 Kendall Drive Suite 101<br>Miami, FL 33176-1596 | 17-17829-RAM<br>LICINIA CADAVID<br>c/o Steve Polatnick<br>10691 Kendall Drive Suite 101<br>Miami, FL 33176-1596 | **17-17829-RAM**<br>**Kalaivani Arthur**<br>**18800 NE 29 Ave, Unit E906**<br>**Aventura, FL 33180-2822** |
| **17-17829-RAM**<br>**Robert Anthony Arthur**<br>**18800 NE 29 Ave, Unit E906**<br>**Aventura, FL 33180-2822** | | |