UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 1:17-BK-17829-RAM |
| | § | |
| ROBERT ANTHONY ARTHUR | § | |
| KALAIVANI ARTHUR | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Joel L. Tabas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $19,262.55 | Assets Exempt: | $274,540.34 |
| Total Distributions to Claimants: | $10,616.67 | Claims Discharged Without Payment: | $949,196.39 |
| Total Expenses of Administration: | $9,383.33 | | |

3)   Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $349,479.12 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $9,383.33 | $9,383.33 | $9,383.33 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $247,634.48 | $28,741.48 | $28,741.48 | $10,616.67 |
| General Unsecured Claims (from **Exhibit 7**) | $623,799.56 | $364,753.43 | $364,753.43 | $0.00 |
| **Total Disbursements** | $1,220,913.16 | $402,878.24 | $402,878.24 | $20,000.00 |

4). This case was originally filed under chapter 7 on 06/22/2017. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/02/2019                By:  /s/ Joel L. Tabas
                                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2012 Kia Soul (4 dr wagon, 1.6L, I4, purchased 5/11/2012; VIN KNDJT2A5XC7377481) mileage: 59,500 | 1129-000 | $3,818.04 |
| Bedroom furniture | 1129-000 | $265.93 |
| Cash | 1129-000 | $151.63 |
| Dining room furniture | 1129-000 | $531.86 |
| Electronics | 1129-000 | $305.82 |
| Family room furniture | 1129-000 | $917.46 |
| Household Goods | 1129-000 | $691.44 |
| Kitchen items | 1129-000 | $199.45 |
| TD Bank. Account is not in debtors' name. Funds are the property of the debtors. | 1129-000 | $1,088.65 |
| Treadmill purchased in 1998 for $500 | 1129-000 | $99.72 |
| Wall prints purchased in 2006 for $700 | 1129-000 | $265.93 |
| Transfers | 1241-000 | $11,664.07 |
| **TOTAL GROSS RECEIPTS** | | $20,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial | 4110-000 | $1,852.61 | $0.00 | $0.00 | $0.00 |
| | Nationstar Mortgage | 4110-000 | $309,509.84 | $0.00 | $0.00 | $0.00 |
| | TD Auto Finance Debtor 2 Kalaivani Arthur First Name Middle | 4110-000 | $20,607.00 | $0.00 | $0.00 | $0.00 |
| | Florida Veg Investments, LLC | 4110-000 | $16,000.00 | $0.00 | $0.00 | $0.00 |
| | Venture at Aventura East Condo Assoc | 4110-000 | $1,509.67 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $349,479.12 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOEL L. TABAS, TRUSTEE, Trustee | 2100-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| JOEL L. TABAS, TRUSTEE, Trustee | 2200-000 | NA | $68.00 | $68.00 | $68.00 |
| TABAS & SOLOFF PA, Attorney for Trustee | 3110-000 | NA | $6,000.00 | $6,000.00 | $6,000.00 |
| TABAS & SOLOFF PA, Attorney for Trustee | 3120-000 | NA | $565.33 | $565.33 | $565.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $9,383.33 | $9,383.33 | $9,383.33 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Internal Revenue Service | 5800-000 | $13,074.00 | $28,741.48 | $28,741.48 | $10,616.67 |
|  | Internal Revenue Service | 5800-000 | $234,560.48 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $247,634.48 | $28,741.48 | $28,741.48 | $10,616.67 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $1,352.43 | $1,428.64 | $1,428.64 | $0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $710.62 | $600.33 | $600.33 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $602.66 | $602.66 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $2,437.36 | $2,689.42 | $2,689.42 | $0.00 |
| 5 | Capital One, N.A. | 7100-000 | $476.44 | $947.61 | $947.61 | $0.00 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $1,198.39 | $1,627.46 | $1,627.46 | $0.00 |
| 7 | Dr Stuart Bernstein | 7100-000 | $255.47 | $279.28 | $279.28 | $0.00 |
| 8 | PYOD, LLC | 7100-000 | $1,122.25 | $1,024.38 | $1,024.38 | $0.00 |
| 9 | MERRICK | 7100-000 | $2,788.13 | $2,847.78 | $2,847.78 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | BANK |  |  |  |  |  |
| 10 | American Express National Bank | 7100-000 | $6,388.68 | $6,100.50 | $6,100.50 | $0.00 |
| 11 | H&R Produce Distributors, Inc | 7100-000 | $14,442.50 | $5,172.50 | $5,172.50 | $0.00 |
| 12 | Toyota Motor Credit Corporation | 7100-000 | $0.00 | $14,825.51 | $14,825.51 | $0.00 |
| 13a | Internal Revenue Service | 7400-000 | $1,799.00 | $2,201.35 | $2,201.35 | $0.00 |
| 14 | So Fresh Wholesale Corp | 7100-000 | $90,159.00 | $148,991.59 | $148,991.59 | $0.00 |
| 15 | Nickey Gregory Company Miami, LLC | 7100-000 | $55,209.60 | $57,954.54 | $57,954.54 | $0.00 |
| 16 | American Express National Bank | 7100-000 | $113,702.02 | $112,717.49 | $112,717.49 | $0.00 |
| 17 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $4,742.39 | $4,742.39 | $0.00 |
|  | Arthritis and Rheumatic Disease Spec | 7100-000 | $184.09 | $0.00 | $0.00 | $0.00 |
|  | Aventura Heart Center LLC | 7100-000 | $288.53 | $0.00 | $0.00 | $0.00 |
|  | Bernstein & Mesa | 7100-000 | $224.28 | $0.00 | $0.00 | $0.00 |
|  | Bernstein MD, Stuart | 7100-000 | $126.15 | $0.00 | $0.00 | $0.00 |
|  | Boca Radiology Group | 7100-000 | $60.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Bank | 7100-000 | $6,124.12 | $0.00 | $0.00 | $0.00 |
|  | Coosemans Miami, Inc | 7100-000 | $298,048.27 | $0.00 | $0.00 | $0.00 |
|  | First Premier Bank | 7100-000 | $707.20 | $0.00 | $0.00 | $0.00 |
|  | First Premier Bank | 7100-000 | $347.89 | $0.00 | $0.00 | $0.00 |
|  | Humana | 7100-000 | $177.59 | $0.00 | $0.00 | $0.00 |
|  | JPMorgan Chase | 7100-000 | $20,267.21 | $0.00 | $0.00 | $0.00 |
|  | Licinia Cadavid | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Mac Edwards Produce & Company, 3 Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Mount Sinai Medical Center | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
|  | Mr Greens Produce | 7100-000 | $2,360.45 | $0.00 | $0.00 | $0.00 |
|  | Republic Bank & Trust Co | 7100-000 | $2,016.89 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | St Lucie Anesthesia Assoc | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 |
| | St Lucie Anesthesia Assoc | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $623,799.56 | $364,753.43 | $364,753.43 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 17-17829-RAM | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | ARTHUR, ROBERT ANTHONY AND ARTHUR, KALAIVANI | Date Filed (f) or Converted (c): | 06/22/2017 (f) |
| For the Period Ending: | 7/2/2019 | §341(a) Meeting Date: | 07/26/2017 |
| | | Claims Bar Date: | 03/29/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 18800 NE 29 Ave, Unit E906 Aventura FL 33180 | $271,278.00 | $0.00 | | $0.00 | FA |
| 2 | 2015 Buick Encore (4 door SUV, 1.4L, I4, purchased 08/04/2015 for $32,000; VIN KL4CJESB7FB051489) mileage: 10500 | $17,512.50 | $1.00 | OA | $0.00 | FA |
| Asset Notes: | Trustee's Notice of Abandonment, 1/16/19 (ECF 111) | | | | | |
| 3 | 2012 Kia Soul (4 dr wagon, 1.6L, I4, purchased 5/11/2012; VIN KNDJT2A5XC7377481) mileage: 59,500 | $6,762.50 | $1.00 | | $3,818.04 | FA |
| Asset Notes: | Order Granting Motion to Approve Stipulation for Compromise; 12/21/18 (ECF 106) | | | | | |
| 4 | 2015 Lexus NX200T (Leased vehicle) mileage: 22325 | Unknown | $0.00 | | $0.00 | FA |
| 5 | Household Goods | $520.00 | $1.00 | | $691.44 | FA |
| Asset Notes: | Included in Settlement with Asset #3 | | | | | |
| 6 | Family room furniture | $690.00 | $1.00 | | $917.46 | FA |
| Asset Notes: | Included in Settlement with Asset #3 | | | | | |
| 7 | Bedroom furniture | $200.00 | $1.00 | | $265.93 | FA |
| Asset Notes: | Included in Settlement with Asset #3 | | | | | |
| 8 | Dining room furniture | $400.00 | $1.00 | | $531.86 | FA |
| Asset Notes: | Included in Settlement with Asset #3 | | | | | |
| 9 | Kitchen items | $150.00 | $1.00 | | $199.45 | FA |
| Asset Notes: | Included in Settlement with Asset #3 | | | | | |
| 10 | Electronics | $230.00 | $1.00 | | $305.82 | FA |
| Asset Notes: | Included in Settlement with Asset #3 | | | | | |
| 11 | Wall prints purchased in 2006 for $700 | $200.00 | $1.00 | | $265.93 | FA |
| Asset Notes: | Included in Settlement with Asset #3 | | | | | |
| 12 | Treadmill purchased in 1998 for $500 | $75.00 | $1.00 | | $99.72 | FA |
| Asset Notes: | Included in Settlement with Asset #3 | | | | | |
| 13 | Clothing | $600.00 | $0.00 | | $0.00 | FA |
| 14 | Jewelry | $1,150.00 | $1.00 | | $0.00 | FA |
| 15 | Cash | $195.00 | $1.00 | | $151.63 | FA |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 17-17829-RAM | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | ARTHUR, ROBERT ANTHONY AND ARTHUR, KALAIVANI | Date Filed (f) or Converted (c): | 06/22/2017 (f) |
| For the Period Ending: | 7/2/2019 | §341(a) Meeting Date: | 07/26/2017 |
| | | Claims Bar Date: | 03/29/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| | **Asset Notes:** Included in Settlement with Asset #3 | | | | | |
| 16 | Citibank (Frozen account. Assumed to be closed.) | $0.05 | $1.00 | | $0.00 | FA |
| 17 | TD Bank. Account is not in debtors' name. Funds are the property of the debtors. | $1,469.79 | $1.00 | | $1,088.65 | FA |
| | **Asset Notes:** Included in Settlement with Asset #3 | | | | | |
| 18 | Owner of defunct business: Sunrise International, | $0.00 | $1.00 | | $0.00 | FA |
| 19 | Lincoln Benefit Life/Allstate, Universal Life insurance | $262.34 | $0.00 | | $0.00 | FA |
| 20 | Transfers (u) | $0.00 | $11,664.07 | | $11,664.07 | FA |
| | **Asset Notes:** Included in Settlement with Asset #3 | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $301,695.18 | $11,679.07 | | $20,000.00 | $0.00 |

Initial Projected Date Of Final Report (TFR):    06/30/2019    Current Projected Date Of Final Report (TFR):    06/30/2019    /s/ JOEL L. TABAS

JOEL L. TABAS

Page No: 1    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-17829-RAM | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | ARTHUR, ROBERT ANTHONY AND ARTHUR, KALAIVANI | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2710 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | **-***2711 | Account Title: | |
| For Period Beginning: | 6/22/2017 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 7/2/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/07/2019 | | Slatkin & Reynolds, PA | Order Granting Motion to Approve Stipulation for Compromise; 12/21/18 (ECF 106) | * | $20,000.00 | | $20,000.00 |
| | {3} | | Asset 3                $3,818.04 | 1129-000 | | | $20,000.00 |
| | {15} | | Asset 15                 $151.63 | 1129-000 | | | $20,000.00 |
| | {20} | | Asset 20             $11,664.07 | 1241-000 | | | $20,000.00 |
| | {5} | | Asset 5                  $691.44 | 1129-000 | | | $20,000.00 |
| | {6} | | Asset 6                  $917.46 | 1129-000 | | | $20,000.00 |
| | {7} | | Asset 7                  $265.93 | 1129-000 | | | $20,000.00 |
| | {8} | | Asset 8                  $531.86 | 1129-000 | | | $20,000.00 |
| | {9} | | Asset 9                  $199.45 | 1129-000 | | | $20,000.00 |
| | {10} | | Asset 10                 $305.82 | 1129-000 | | | $20,000.00 |
| | {11} | | Asset 11                 $265.93 | 1129-000 | | | $20,000.00 |
| | {17} | | Asset 17               $1,088.65 | 1129-000 | | | $20,000.00 |
| | {12} | | Asset 12                  $99.72 | 1129-000 | | | $20,000.00 |
| 06/04/2019 | 10001 | JOEL L. TABAS, TRUSTEE | Trustee Expenses | 2200-000 | | $68.00 | $19,932.00 |
| 06/04/2019 | 10002 | JOEL L. TABAS, TRUSTEE | Trustee Compensation | 2100-000 | | $2,750.00 | $17,182.00 |
| 06/04/2019 | 10003 | TABAS & SOLOFF PA | Claim #: | 3120-000 | | $565.33 | $16,616.67 |
| 06/04/2019 | 10004 | TABAS & SOLOFF PA | Claim #: | 3110-000 | | $6,000.00 | $10,616.67 |
| 06/04/2019 | 10005 | Internal Revenue Service | Claim #: 13 | 5800-000 | | $10,616.67 | $0.00 |

SUBTOTALS        $20,000.00        $20,000.00

FORM 2

Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 17-17829-RAM |
| Case Name: | ARTHUR, ROBERT ANTHONY AND ARTHUR, KALAIVANI |
| Primary Taxpayer ID #: | **-***2710 |
| Co-Debtor Taxpayer ID #: | **-***2711 |
| For Period Beginning: | 6/22/2017 |
| For Period Ending: | 7/2/2019 |

| | |
|---|---|
| Trustee Name: | Joel L. Tabas |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******2901 |
| Account Title: | |
| Blanket bond (per case limit): | $56,290,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $20,000.00 | $20,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $20,000.00 | $20,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $20,000.00 | $20,000.00 | |

| For the period of 6/22/2017 to 7/2/2019 | | For the entire history of the account between 01/07/2019 to 7/2/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,000.00 | Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 | Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20,000.00 | Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 | Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

Page No: 3          Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No. | 17-17829-RAM | | Trustee Name: | **Joel L. Tabas** |
| Case Name: | ARTHUR, ROBERT ANTHONY AND ARTHUR, KALAIVANI | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2710 | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | **-***2711 | | Account Title: | |
| For Period Beginning: | 6/22/2017 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 7/2/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $20,000.00 | $20,000.00 | $0.00 |

**For the period of 6/22/2017 to 7/2/2019**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/22/2017 to 7/2/2019**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOEL L. TABAS

JOEL L. TABAS